**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7629

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAMIE SYLVESTER HAWKINS, a/k/a Jaime Sylvester Hawkins,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.  (8:00-cr-00565-AW-1)

Submitted: May 19, 2011          Decided:  June 2, 2011

Before NIEMEYER, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jamie Sylvester Hawkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie Sylvester Hawkins appeals the district court's order denying his motion filed pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error because, as a career offender, Hawkins' offense level was determined based on his status as a career offender, U.S. Sentencing Guidelines Manual § 4B1.1, rather than on relevant conduct under USSG § 2D1.1(c). Amendment 706 of the Guidelines did not impact § 4B1.1. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED